UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Paul Krause

        Plaintiff(s),         Case No. 2:14-cv-10258-SJM-LJM

v.         Judge Stephen J. Murphy, III

TD Auto Finance, LLC, et al.         Magistrate Judge Laurie J. Michelson

        Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, TD Auto Finance, LLC

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑     No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: TD Bank Group
   Relationship with Named Party: Subsidiary

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐     No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: February 14, 2014         s/Anthony P. Polce

                                                 P54954
                                                 Polce & Associates, PC
                                                 9450 South Main Street
                                                 Suite 101
                                                 Plymouth, MI 48170
                                                 (734) 454-4700
                                                 apolce@polcelaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such to the following: *all ECF participants*

and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: *none*

Date: February 14, 2014                      s/Nicole M. Schnur
                                            POLCE & ASSOCIATES, PC
                                            9450 South Main Street, Ste. 101
                                            Plymouth, MI 48170
                                            Phone: (734) 454-4700
                                            E-mail: nschnur@polcelaw.com
                                            Bar Number: P69970